E-FILED: **1/4/10**
JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO SERRATO, et al., ) <br> Plaintiffs, ) <br> v. ) <br> CAL-WESTERN RECONVEYANCE CORP., et al., ) <br> Defendants. ) | CASE NO. ED CV 09-2031-GHK (Ex) <br><br> **JUDGMENT** |

Pursuant to our December 4, 2009 Order, Defendant Deutsche Bank National Trust Company is **DISMISSED with prejudice**. Pursuant to our January 4, 2010 Order, Defendant Cal-Western Reconveyance Corporation is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: January 4, 2010

_____
GEORGE H. KING
United States District Judge